**No. 10-11146. Reginald K. Cantly, Petitioner v. United States.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 7142.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 369.